David P. King (SBN 136765)
Email: dpk@kcmlaw.net
Sheng Jin (SBN 229540)
Email: sheng@kcmlaw.net
Gregory N. Albright (SBN 145547)
Email: galbright@kcmlaw.net
KING CHENG MILLER & JIN LLP
3675 E. Huntington Dr., Suite 200
Pasadena, California 91107
Telephone: (626) 304-9001
Facsimile: (626) 304-9002

Attorneys for Plaintiffs and Counterclaim Defendants
WM International, Inc.,
Guangdong Cereals & Oils Jinshun Trading Co., Ltd. and
Shaoguan Risen Trading Corporation Ltd.
[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

Douglas H. Morseburg (SBN 126205)
dmorseburg@leechtishman.com
Esther J. Choe (SBN 321667)
echoe@leechtishman.com
LEECH TISHMAN FUSCALDO & LAMPL
200 South Los Robles Avenue, Suite 300
Pasadena, California 91101
Telephone: (626) 796-4000
Facsimile: (626) 795-6321

Attorneys for Defendant Golden Lyon Investment Co.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WM INTERNATIONAL, INC., a New York corporation, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>GOLDEN LYON INVESTMENT CO., etc., et al.<br><br>Defendants.<br>_____<br><br>RELATED COUNTERCLAIMS<br>_____ | Case No. 2:20-cv-0995-CJC-JPR<br><br>Hon. Cormac J. Carney<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to that certain written settlement agreement between the parties effective August 17, 2021, and Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Counterclaim Defendants WM International, Inc., Guangdong Cereals & Oils Jinshun Trading Co., Ltd., and Shaoguan Risen Trading Corporation Ltd. ("Plaintiffs"), and Defendant and Counterclaimant Golden Lyon Investment Co., dba WY International, Inc. ("Golden Lyon"), through their undersigned counsel of record, **STIPULATE** as follows:

The entirety of this action and counterclaim shall be dismissed with prejudice, including the dismissal with prejudice of Plaintiffs' First Amended Complaint [Dkt. 11] against Golden Lyon; dismissal with prejudice of Golden Lyon's Second Amended Counterclaim [Dkt. 56] against Plaintiffs; and the parties shall each bear their own costs and attorneys' fees.

Dated:  August 31, 2021

KING CHENG MILLER & JIN LLP

By:__/s/ Gregory N. Albright*_____
  David P. King
  Sheng Jin
  Gregory N. Albright

RINCON VENTURE LAW GROUP
K. Andrew Kent
Attorneys for Plaintiffs WM International, Inc., Guangdong Cereals & Oils Jinshun Trading Corporation, Ltd. And Shaoguan Risen Trading Corporation Ltd.

**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

Dated:  August 31, 2021

LEECH TISHMAN FUSCALDO & LAMPL

By:   /s/ Douglas H. Morseburg
     Douglas H. Morseburg
     Esther Choe

Attorneys for Defendant Golden Lyon
Investment Co., dba W.Y. International Inc.

    *Pursuant to Local Rule 5-4.3.4, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

---

**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**